## UNITED STATES of America v. James W. CAMPBELL.

### No. 2745.

Circuit Court of Appeals, Tenth Circuit.

Oct. 17, 1944.

Norman M. Littell, Asst. Atty. Gen., and Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellant.

Brown & Cund, of Duncan, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Reversed and remanded for further proceedings not inconsistent with the opinion of the Supreme Court of the United States in United States of America v. Hellard, 322 U.S. 363, 64 S.Ct. 985.

## UNITED STATES of America v. Fred A. CHAPMAN, Guardian of Fred A. Chapman, Jr., et al.

### No. 3067.

Circuit Court of Appeals, Tenth Circuit.

Oct. 10, 1944.

Norman M. Littell, Asst. Atty. Gen., and Curtis P. Harris, Sp. Atty., Department of Justice, of Washington, D. C., for appellant.

Earl A. Brown, of Ardmore, Okl., for appellees.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Reversed and remanded pursuant to a stipulation of the parties for a modification of the judgment.

## UNITED STATES of America, Appellant, v. 1,000 ACRES, More or Less, IN CRAWFORD COUNTY, MICHIGAN, National Log Construction Company, et al., Appellee.

### No. 9737.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1944.

Norman M. Littell and Vernon L. Wilkinson, both of Washington, D. C., John C. Lehr and John W. Babcock, both of Detroit, Mich., and Vincent L. Fitzgerald, of Richmond, Mich., for appellant.

James K. Brooker, of Bay City, Mich., for appellee.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral arugment of counsel; and no reversible error appearing in the record, it is ordered that the judgment be, and it hereby is, affirmed.